Tabari FREEMAN, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98601.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 26, 2013.

Scott Thompson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

The movant, Tabari Freeman, appeals the motion court's order denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's order denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).

■

In the Interest of A.V.B. Missouri Department of Social Services, Children's Division, Respondent,

v.

M.C. (Father), Appellant.

No. WD 76203.

Missouri Court of Appeals,
Western District.

March 4, 2014.

Gary L. Gardner, Jefferson City, MO; Diana D. Thomas, Butler, MO, for appellant.

Brandon G. Kinney and Laura K. West, Butler, MO, for respondent.

Before Division Two: GARY D. WITT, P.J., and LISA WHITE HARDWICK and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

The Circuit Court of Bates County terminated M.C.'s parental rights to his infant daughter A.V.B. M.C. appeals, arguing that the evidence was insufficient to support the trial court's finding that grounds for termination existed, and that termination was in A.V.B.'s best interest. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).